SCPW-19-0000677

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

LAVERNE REMBERT, Petitioner,

vs.

HAWAI'I PAROLING AUTHORITY, Respondent Agency,

and

STATE OF HAWAI'I, Respondent.

ORIGINAL PROCEEDING
(CASE NO. 1PC041002384)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Laverne Rembert's petition for writ of mandamus, filed on October 3, 2019, the documents attached thereto and submitted in support thereof, and the record, it appears that alternative means are available for petitioner to seek relief. See HRPP Rule 40(a)(2). Petitioner, therefore, is not entitled to the requested extraordinary writ from this court. See Kema v. Gaddis, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative

means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, October 25, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

